# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF
BKPL-EG HOLDING TRUST

NO.  2024 CW 0996

VERSUS

JENNIFER LEDOUX WATSON

**OCTOBER 15, 2024**

---

In Re:    Jennifer Ledoux Watson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 750233.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

AHP
TPS

**Guidry, C.J.,** dissents. Executory process is a harsh remedy, and its requirements must be strictly complied with in order to utilize this mechanism for seizing and selling property. See **Walter Mortgage Company, LLC v. Turner,** 51,007 (La. App. 2d Cir. 11/16/16), 210 So.3d 425, 431. The petition for executory process filed by U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust, fails to comply with the clear and unambiguous proof requirements of La. Code Civ. P. art. 2637(B) insofar as it prayed for "all costs and expenses in enforcing the Note and Mortgage, and all advances for taxes, insurance premiums, and all other charges and expenses permitted by the Note or Mortgage include pre-payment penalty, if any, and late charges[.]" Accordingly, I would grant the writ application, grant the preliminary injunction requested by Jennifer Ledoux Watson to cancel the sheriff's sale, and remand this matter to the district court for further proceedings.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT